**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Juan Manual Sanchez-Ramirez, | Case No. 2:26-cv-00746-RFB-NJK |
| Plaintiff(s), | |
| v. | **ORDER** |
| Washoe County Police Department, | |
| Defendant(s). | |

On March 19, 2026, the Court ordered Plaintiff to make an initial partial filing fee of $39.49 by April 20, 2026.  Docket No. 5 at 1.  The Court warned that "[f]ailure to do so may result in dismissal of this action."  *Id*.  The Court has not received that initial partial filing fee nor has Plaintiff sought to extend the deadline set.  The Court again **ORDERS** that Plaintiff must have the designated fee of $39.49 sent to the Clerk's Office by **June 5, 2026**.[1]  The Court again **CAUTIONS** Plaintiff that **failure to comply with this order may result in dismissal of this case**.

IT IS SO ORDERED.

Dated: May 5, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] After it has received the partial filing fee as ordered herein, the Court will screen Plaintiff's complaint as required by 28 U.S.C. § 1915.  Nothing in this order should be construed as suggesting that the Court will allow any of Plaintiff's claims to proceed past the screening phase.

1